Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Individual Defendants*
*Aisha Collins and Germann Brizuela*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIE ROSAS, <br><br> Plaintiff, <br><br> v. <br><br> DESERT PALACE, INC., a Nevada Corporation d/b/a CAESARS PALACE LAS VEGAS; GERMANN BRIZUELA, an individual; AISHA COLLINS, an individual; DOES I-X; and ROE CORPORATIONS I-X, inclusive <br><br> Defendants. | Case No. 2:14-cv-02190-RFB-GWF <br><br> **STIPULATION AND ORDER TO DISMISS AISHA COLLINS AND GERMANN BRIZUELA WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Julie Rosas, by and through her counsel, Kemp & Kemp, and Defendants Aisha Collins and Germann Brizuela, by and through their counsel, Jackson Lewis P.C., that Plaintiff's claims against Individual Defendants Aisha Collins and Germann Brizuela in the above entitled matter be dismissed with prejudice, each party to bear their own attorney fees and costs. To avoid any ambiguity, the

///

///

///

///

claims asserted by Plaintiff against Defendant Desert Palace, Inc. d/b/a Caesars Palace Las Vegas, remain and continue to be stayed pending the outcome of the bankruptcy filed by Desert Palace, Inc. *See* ECF No. 15.

Dated this 11th day of August, 2016.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ James P. Kemp*<br>James P. Kemp, Esq., Bar #6375<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br>*Attorney for Plaintiff Julie Rosas* | */s/ Deverie J. Christensen*<br>Deverie J. Christensen, Bar No. 6596<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants* |

### **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Individual Defendants Aisha Collins and Germann Brizuela are dismissed with prejudice in the above entitled matter, and each party to bear its own attorney fees and costs. To avoid any ambiguity, the claims asserted by Plaintiff against Defendant Desert Palace, Inc. d/b/a Caesars Palace Las Vegas, remain and continue to be stayed pending the outcome of the bankruptcy filed by Desert Palace, Inc. *See* ECF No. 15.

Dated:  August 11, 2016.

_____
UNITED STATES DISTRICT JUDGE

4816-9605-8934, v. 1