# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE ROSAS,<br><br>　　Plaintiff<br><br>v.<br><br>DESERT PALACE, INC., et al.,<br><br>　　Defendants | Case No.: 2:14-cv-02190-APG-GWF<br><br>**Order for Status Report** |

This matter was stayed pending resolution of defendant Desert Palace Inc.'s bankruptcy proceedings. In January, the plaintiff filed a notice indicating this matter could proceed, but no motion to lift stay has been filed and no further action has been taken in this case.

IT IS THEREFORE ORDERED that on or before August 30, 2019, the parties shall file a joint status report.

DATED this 2nd day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE