# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE ROSAS, | Case No.: 2:14-cv-02190-APG-GWF |
| Plaintiff | **Order for Status Report** |
| v. | |
| DESERT PALACE INC., et al., | |
| Defendants | |

In light of the parties' status report (ECF No. 56)

IT IS ORDERED that the parties shall file a status report on or before November 1, 2019.

DATED this 30th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE